IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**FERGUSON ENTERPRISES, LLC**                                                                 **PLAINTIFF**

**v.**                                                                **CIVIL ACTION NO. 2:23-CV-511**

**GH MECHANICAL AND SERVICES LLC**                                             **DEFENDANT**

**FIRST AMENDED COMPLAINT**

COMES NOW Plaintiff, Ferguson Enterprises, LLC, by and through its undersigned counsel of record, Balch & Bingham LLP, and, pursuant to Fed. R. Civ. P. 15(a)(1) and this Honorable Court's Order dated February 13, 2023 [Dkt. 5], files this its First Amended Complaint against Defendant, GH Mechanical and Services LLC, and in support thereof would show unto the Court as follows:

**PARTIES**

1.     Plaintiff, Ferguson Enterprises, LLC, is a limited liability company organized and existing pursuant to the laws of the State of Virginia, and is registered with the Louisiana Secretary of State to do business in Louisiana ("Ferguson" or "Plaintiff").  Ferguson is wholly owned by its member, Ferguson Plc, a British entity with its principal place of business located in Wokingham, United Kingdom, and its United States operations are based in Newport News, Virginia.

2.     Defendant, GH Mechanical and Services LLC, is a limited liability company organized and existing pursuant to the laws of the State of Texas and registered to do business in the State of Louisiana ("GH Mechanical" or "Defendant").  GH Mechanical may be served with process by serving of its Registered Agent, Allen Square, at 3501 Jourdan Road, Suite 2, New Orleans, Louisiana 70126, or by any other means allowed by law wherever he may be found. Defendant is owned by its two members, Allen Square, an individual Louisiana citizen, and Robert Leiskau, an individual Texas citizen.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. 1332. Complete diversity of citizenship exists because Plaintiff, through its member, is a citizen of Great Britain and GH Mechanical, through its members, is a citizen of Texas and Louisiana. Further, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. This Court has personal jurisdiction over Defendant as this case relates to construction materials provided pursuant to an open account, which was performed, in whole or in part, in Orleans Parish and Jefferson Parish, Louisiana.

5. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in Orleans Parish and Jefferson Parish, Louisiana.

## FACTS

6. Pursuant to an open account, Plaintiff provided Defendant certain construction materials on credit that were utilized by Defendant on various construction projects in and around Orleans Parish, Louisiana. *See* Credit Application, attached as Exhibit 1.

7. Plaintiff has not been paid in full for the construction materials that were provided to Defendant.

8. Plaintiff has made demands to Defendant for payment of the amounts owed for construction materials provided under the open account. However, to date, Defendant has failed to pay Plaintiff in full for the amounts owed under the open account.

9. Following a partial payment on February 9, 2023, Plaintiff is owed Three Hundred Ninety-Nine Thousand Six Hundred Thirty-Four and 81/100 Dollars ($399,634.81), plus interest,

attorneys' fees and costs associated with the collection of this amount.  *See* updated Statement of outstanding invoices, attached as Exhibit 2.

## CLAIMS

### COUNT I - OPEN ACCOUNT CLAIM

10. Plaintiff re-asserts all allegations against Defendant as if fully stated herein.

11. Plaintiff supplied construction materials to Defendant on an extension of credit for Defendant's work on various construction projects.

12. Defendant has failed to pay Plaintiff for the construction materials that were supplied to Defendant for incorporation into various construction projects.

13. Plaintiff has been damaged by Defendant's failure to pay the amount owed on the open account in the amount of at Three Hundred Ninety-Nine Thousand Six Hundred Thirty-Four and 81/100 Dollars ($399,634.81).

14. Pursuant to La. R.S. §9:2871 and the Credit Application, Plaintiff is also entitled to recover its attorneys' fees that have been incurred due to Defendant's failure to pay the amount owed.

### COUNT II – UNJUST ENRICHMENT

15. Plaintiff re-asserts all allegations against Defendant as if fully stated herein.

16. Plaintiff provided construction materials to Defendant for its work on various construction projects.

17. Plaintiff provided these construction materials to Defendant with the expectation of being compensated by Defendant.

18. Plaintiff's actions provided a benefit to Defendant.

19. To date, Plaintiff has not been paid by Defendant for the construction materials provided to Defendant.

20. The value of the construction materials provided to Defendant by Plaintiff remaining unpaid is Three Hundred Ninety-Nine Thousand Six Hundred Thirty-Four and 81/100 Dollars ($399,634.81).

## **COUNT III – BREACH OF CONTRACT**

21. Plaintiff re-asserts all allegations against Defendant as if fully stated herein.

22. Plaintiff agreed to supply construction materials to Defendant for Defendant's work on various construction projects.

23. Defendant agreed to pay Plaintiff for said construction materials.

24. Defendant has failed to pay Plaintiff in full for the construction materials supplied, which constitutes a breach of the agreement between the parties.

25. Plaintiff has been damaged by Defendant's breach of the agreement in an amount of at least Three Hundred Ninety-Nine Thousand Six Hundred Thirty-Four and 81/100 Dollars ($399,634.81).

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Ferguson Enterprises, LLC, respectfully requests that this Honorable Court render a Judgment in its favor and against Defendant, GH Mechanical and Services LLC, in an amount not less than Three Hundred Ninety-Nine Thousand Six Hundred Thirty-Four and 81/100 Dollars ($399,634.81), plus pre- and post-judgment interest at the highest rate allowed by law, attorneys' fees, costs, and any other relief Plaintiff is entitled to under any applicable law.

Respectfully submitted, this 13th day of February, 2023.

/s/ *Matthew W. McDade*
ATTORNEY FOR PLAINTIFF,
FERGUSON ENTERPRISES, LLC

20714009.2

**OF COUNSEL:**

Matthew W. McDade (LSB # 32899)
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 214-0414
Facsimile: (228) 864-8221
mmcdade@balch.com

5

20714009.2